James M. Hanavan, State Bar No. 66097
Kristen E. Drake, State Bar No. 202827
CRAIGIE, McCARTHY & CLOW
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 732-7788
Facsimile: (415) 732-7783

Attorneys for Defendants
FREUD F. FARLEY and KARL C. KLUCK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,

Plaintiff,

vs.

FREUD F. FARLEY AND KARL C. KLUCK,

Defendants.

Case No.: C 05-03150 PJH

**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE HEARING DATE AND OPPOSITION AND REPLY PAPER DUE DATES RE: PLAINTIFF DTSC'S MOTION FOR SUMMARY ADJUDICATION ON COSTS**

///

///

///

///

///

///

///

///

///

///

Stipulation and Proposed Order Continuing Dates Re: DTSC's Motion for Summary Adjudication on Costs

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783

**STIPULATION**

Plaintiff CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL ("DTSC") and defendants FREUD F. FARLEY and KARL C. KLUCK ("Defendants") hereby agree and stipulate as follows:

1) On March 14, 2007, plaintiff DTSC filed a Motion for Summary Adjudication on Costs ("Motion"), which is currently set for hearing on April 25, 2007.

2) The parties have agreed to mediate this case before the Honorable William L. Bettinelli (Ret.) at JAMS on April 16, 2007.

3) In the coming weeks, the parties wish to focus on the mediation.

4) Accordingly, the parties agree to continue the hearing date and briefing schedule for DTSC's Motion, in compliance with CIV. L.R. 7-2 & 7-3, as follows:

a) The new hearing date for DTSC's Motion will be May 23, 2007;

b) Any opposition papers must be filed and served by April 26, 2007; and,

c) Any reply papers must be filed and served by May 9, 2007.

SO STIPULATED:

Dated: March 21, 2007

DEPARTMENT OF JUSTICE

*/s/ Jamie Jefferson*
Jamie Jefferson
Deputy Attorney General
Attorneys for Plaintiff
STATE OF CALIFORNIA
DEPARTMENT OF TOXIC SUBSTANCES CONTROL

Dated: March 21, 2007

CRAIGIE, McCARTHY & CLOW

*__/s/ Kristen E. Drake__________________*
Kristen E. Drake
Attorneys for Defendants
FREUD F. FARLEY and KARL C. KLUCK

**ORDER**

Pursuant to the parties' stipulation, it is hereby ORDERED that:

1) The hearing date for plaintiff CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL's ("DTSC") Motion for Summary Adjudication on Costs is May 23, 2007;

2) Any opposition papers must be filed and served by April 26, 2007; and,

3) Any reply papers must be filed and served by May 9, 2007.

**SO ORDERED.**

Date: 3/29/07 ______________________

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Phyllis J. Hamilton
NORTHERN DISTRICT OF CALIFORNIA

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783

3

Stipulation and Proposed Order Continuing Dates Re: DTSC's Motion for Summary Adjudication on Costs